# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 28, 2023

Lyle W. Cayce
Clerk

_____

No. 21-20658

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

DAISY TERESA RAFOI BLEULER,

*Defendant—Appellee,*

CONSOLIDATED WITH

_____

22-20377

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellant,*

*versus*

PAULO JORGE DA COSTA CASQUEIRO MURTA,

*Defendant—Appellee.*

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-514-7
USDC No. 4:17-CR-514-8

_____

ON PETITION FOR REHEARING

Before GRAVES, WILLETT, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for rehearing filed by Paulo Jorge Da Costa Casqueiro Murta is GRANTED. Accordingly, our prior panel opinion is WITHDRAWN, and this opinion is SUBSTITUTED therefor.[1]

---

[1] *See* FED. R. APP. P. 40 (a)(4)(A) ("If a petition for panel rehearing is granted, the court may ... make a final disposition of the case without reargument.").